No. A–818.  CONWAY v. UNITED STATES.  C. A. 9th Cir. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–829.  DIVISION 732, AMALGAMATED TRANSIT UNION v. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY.  C. A. 11th Cir.  Application for stay, presented to JUSTICE POWELL, and by him referred to the Court, denied.

No. D–250.  IN RE DISBARMENT OF DONOVAN.  Disbarment entered.  [For earlier order herein, see 454 U. S. 937.]

No. D–254.  IN RE DISBARMENT OF WENCKE.  Disbarment entered.  [For earlier order herein, see 454 U. S. 1075.]

No. 8, Orig.  ARIZONA v. CALIFORNIA ET AL.  Report of the Special Master received and ordered filed.  Exceptions, if any, with supporting briefs to the Report may be filed by the parties within 45 days.  Reply briefs, if any, to such Exceptions may be filed within 30 days.  JUSTICE MARSHALL and JUSTICE O'CONNOR took no part in the consideration or decision of this order.  [For earlier order herein, see, e. g., 444 U. S. 1009.]

No. 92, Orig.  ARKANSAS v. MISSISSIPPI.  Motion for leave to file bill of complaint granted.  Defendant is allowed 60 days within which to answer.

No. 80–2070.  SUMITOMO SHOJI AMERICA, INC. v. AVAGLIANO ET AL.; and

No. 81–24.  AVAGLIANO ET AL. v. SUMITOMO SHOJI AMERICA, INC.  C. A. 2d Cir.  [Certiorari granted, 454 U. S. 962.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 81–1404.  BRISCOE ET AL. v. LaHUE ET AL.  C. A. 7th Cir.  [Certiorari granted, 455 U. S. 1016.]  Motion of petitioner Carlisle W. Briscoe for leave to proceed further herein in forma pauperis granted.